UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>              Plaintiff,<br><br>     v.<br><br>OFELIA AREGUIN, et al.,<br><br>              Defendant. | Case No.  5:15-cv-01025-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION; REMANDING CASE**<br><br>Re: Dkt. No. 3 |

No objections having been received within the time permitted by Federal Rule of Civil Procedure 72(b), the court hereby ADOPTS the Report and Recommendation issued by Magistrate Judge Howard R. Lloyd on March 12, 2015.  See Docket Item No. 3.

Accordingly, this case is REMANDED to Monterey County Superior Court for lack of federal jurisdiction.  The Clerk shall close this file.

**IT IS SO ORDERED.**

Dated: March 24, 2015

EDWARD J. DAVILA
United States District Judge